Order Prepared By:
**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
4161 N. Thanksgiving Way, Suite 300
Lehi, UT 84043
Telephone: (801) 331-8668
Email: matthew.crane@fordcranelaw.com
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT,
IN AND FOR THE CENTRAL DISTRICT OF UTAH**

| | |
|---|---|
| PAMELA WHITNEY,<br><br>     Plaintiff,<br>vs.<br><br>REVESCO (USA) PROPERTIES OF ALPINE VALLEY, LLLP, a Colorado Limited Liability Limited Partnership, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>     Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:17-CV-148-TC<br><br>Judge Tena Campbell |

This matter is before the court pursuant to the Stipulated Motion to Dismiss with Prejudice which was stipulated to and jointly filed by the parties on August 18th, 2017 (the "Motion"). Having reviewed the stipulation of the Parties that they have resolved the controversy between them, there appears good cause that the Motion should be GRANTED.

IT IS HEREBY ORDERED, ADJUGED AND DECREED that the action styled above is dismissed, with prejudice.

DATED the 18th day of August, 2017

                                                         BY THE COURT

                                                         _____
                                                         Tena Campbell
                                                         United States Judge

## **CERTIFICATE OF SERVICE**

      I, the undersigned, certify that on the _____ day of August, 2017, I caused a true and correct copy of the foregoing ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE to be filed with the Court via CM/ECF, which caused notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing [NEF].

                                                         _____